# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

In re:     Hines Properties LLC          §   Case No. 19-30536-pcm7
                                                          §
                                                          §
Debtor(s)                                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

     RODOLFO CAMACHO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $36,450.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $777,735.81 | Claims Discharged Without Payment: $37,164.15 |
| Total Expenses of Administration: $112,023.84 | |

     3) Total gross receipts of $889,759.65 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $889,759.65 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 467,538.00 | 508,003.83 | 527,034.26 | 527,034.26 |
| PRIORITY CLAIMS | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 112,023.84 | 112,023.84 | 112,023.84 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,956.01 | 2,956.11 | 2,956.11 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 98,175.00 | 265,234.59 | 265,234.59 | 247,745.44 |
| **TOTAL DISBURSEMENTS** | **$565,713.00** | **$888,218.27** | **$907,248.80** | **$889,759.65** |

      4) This case was originally filed under Chapter 7 on 02/15/2019. The case was pending for 19 months.

      5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/08/2020    By: /s/ RODOLFO CAMACHO
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 428 Dorcas Lane, Manzanita OR | 1110-000 | 850,000.00 |
| Columbia Bank (Business checking) | 1129-000 | 39,759.65 |
| **TOTAL GROSS RECEIPTS** | | **$889,759.65** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-1 | COLUMBIA STATE BANK | 4110-000 | 467,538.00 | 505,151.62 | 524,182.05 | 524,182.05 |
| | TICOR TITLE | 4120-000 | N/A | 2,852.21 | 2,852.21 | 2,852.21 |
| **TOTAL SECURED CLAIMS** | | | **$467,538.00** | **$508,003.83** | **$527,034.26** | **$527,034.26** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RODOLFO CAMACHO | 2100-000 | N/A | 47,737.98 | 47,737.98 | 47,737.98 |
| RODOLFO CAMACHO | 2200-000 | N/A | 1,014.35 | 1,014.35 | 1,014.35 |
| Brian Jones | 2420-000 | N/A | 3,000.00 | 3,000.00 | 3,000.00 |
| Charter Communications | 2420-000 | N/A | 0.00 | 0.00 | 0.00 |
| Kristian Beyer | 2420-000 | N/A | 1,236.22 | 1,236.22 | 1,236.22 |
| TICOR TITLE | 2500-000 | N/A | 2,170.00 | 2,170.00 | 2,170.00 |
| Diane K. Gibson, CPA | 3310-000 | N/A | 4,596.00 | 4,596.00 | 4,596.00 |
| Oregon Dept of Revenue | 2820-000 | N/A | 160.00 | 160.00 | 160.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Oregon Dept. of Revenue | 2820-000 | N/A | 150.00 | 150.00 | 150.00 |
| TICOR TITLE | 2820-000 | N/A | -765.71 | -765.71 | -765.71 |
| Department of the Treasury - IRS | 2690-000 | N/A | 1,307.00 | 1,307.00 | 1,307.00 |
| Oregon Dept. of Revenue | 2690-000 | N/A | 376.00 | 376.00 | 376.00 |
| US TREASURY C/O IRS | 2690-000 | N/A | 42.00 | 42.00 | 42.00 |
| TICOR TITLE | 3510-000 | N/A | 51,000.00 | 51,000.00 | 51,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$112,023.84** | **$112,023.84** | **$112,023.84** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2 | OREGON DEPARTMENT OF REVENUE | 5800-000 | N/A | 242.23 | 242.33 | 242.33 |
| 3-1 | Department of the Treasury - Internal Revenue Service | 5800-000 | N/A | 2,713.78 | 2,713.78 | 2,713.78 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **N/A** | **$2,956.01** | **$2,956.11** | **$2,956.11** |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2 | OREGON DEPARTMENT OF REVENUE | 7300-000 | N/A | 4.60 | 4.60 | 0.00 |
| 3-1 | Department of the Treasury - Internal Revenue Service | 7100-000 | N/A | 100.00 | 100.00 | 93.41 |
| 4-1 | US Bank N.A., | 7100-000 | N/A | 15,019.99 | 15,019.99 | 14,029.84 |
| 5-1 | Brian Hines | 7100-000 | 78,500.00 | 78,301.00 | 78,301.00 | 73,139.22 |
| 6-1 | Estate of Billie R. Hines | 7100-000 | N/A | 171,809.00 | 171,809.00 | 160,482.97 |
| NOTFILED | City of Manzanita Water | 7100-000 | 500.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Columbia Bank | 7100-000 | 17,675.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Nehalem Bay Wastewater Agency | 7100-000 | 600.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rti Nehalem Telecom | 7100-000 | 100.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED Spectrum Cable | 7100-000 | 300.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED Tillamook PUD | 7100-000 | 500.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | **$98,175.00** | **$265,234.59** | **$265,234.59** | **$247,745.44** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case Number: | 19-30536 PCM | Trustee: | RODOLFO CAMACHO |
|---|---|---|---|
| Case Name: | Hines Properties LLC | Filed (f) or Converted (c): | 02/15/19 (f) |
| | | §341(a) Meeting Date: | 03/20/19 |
| Period Ending: | 10/08/20 | Claims Bar Date: | 06/03/19 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash (see footnote) | 100.00 | 100.00 | | 0.00 | FA |
| 2 | Columbia Bank (Business checking) | 38,331.00 | 39,759.65 | | 39,759.65 | FA |
| 3 | Raw Materials | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4 | Inventory | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 5 | Office Furniture | 300.00 | 300.00 | | 0.00 | FA |
| 6 | Office Artwork/Popcorn Machine | 600.00 | 600.00 | | 0.00 | FA |
| 7 | Office equipment, furnishings, and supplies | 750.00 | 750.00 | | 0.00 | FA |
| 8 | Small Tools | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9 | 2014 Toyota RAV4 (see footnote) | 18,000.00 | 18,000.00 | | 0.00 | FA |
| 10 | 1994 Ford Explorer | 500.00 | 500.00 | | 0.00 | FA |
| 11 | 428 Dorcas Lane, Manzanita OR | 950,000.00 | 270,561.45 | | 850,000.00 | FA |
| 12 | Internet domain name/Website (Sanduneinn.com) | 100.00 | 100.00 | | 0.00 | FA |
| 13 | Customer lists or other compilations | 100.00 | 100.00 | | 0.00 | FA |
| 14 | Goodwill | 10,000.00 | 10,000.00 | | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$1,024,781.00** | **$346,771.10** | | **$889,759.65** | **$0.00** |

Regarding Property #1   Funds not needed
Regarding Property #9   Funds not needed

**Major activities affecting case closing:**

02/22/19  Spoke w/ Jason Ayers (reps Columbia Bank) re RP.  Spoke w/ Atty Parker - he will get us $$ and RP insurance info
03/04/19  Filed App to Employ Realtor
03/06/19  Left v/m for Atty Parker re $25k
03/07/19  Spoke w/ Hella - She will have $25k sent to us
03/12/19  Rcv'd $25k check from Hines Properties
03/18/19  Left v/m for Atty Jason Ayers re possible appraisal of Columbia Bank
03/19/19  $25k check RETURNED by bank

03/21/19  Paid insurance on building
         (confirmation #283223791054)
04/02/19  Sent info sheet to Atty for fill out
04/12/19  Filed OBJ to Columbia claim
04/16/19  Rcv'd $39,689.67 check from Columbia Bank and Filed Notice of Intent to Sell
04/22/19  Filed Motion/Notice of Intent to Incur Expense
05/14/19  Filed Withdrawal of OBJ to Columbia Claim
05/24/19  Rcv'd $266,398.55 check from TICOR
        Filed Report of Sale
05/30/19  Sent e-mail to Atty re info for 2018 returns
06/20/19  Sent renewed e-mail to Atty re info for 2018 returns
07/12/19  Forwarded info to CPA for taxes
07/16/19  Filed Request for Notice of Surplus
09/13/19  Spoke w/ CPA Ms. Gibson - needs Columbia Bank breakdown
09/23/19  Rcv'd $69.98 cashier check & $4,162.90 cashier check from Columbia Bank
10/17/19  Rich Parker withdrawal as Atty
11/15/19  Sent responsive e-mail to CPA Gibson
11/19/19  List of creditors sent to CPA
12/20/19  E-mail to CPA re tax returns
03/11/20  TFR to UST

**Initial Projected Date of Final Report (TFR):**  March 25, 2021        **Current Projected Date of Final Report (TFR):**  March 17, 2020 (Actual)

# Form 2
# Cash Receipts and Disbursements Record

Exhibit 9

Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 19-30536 PCM | **Trustee:** | RODOLFO CAMACHO | |
| **Case Name:** | Hines Properties LLC | **Bank Name:** | Signature Bank | |
| | | **Account:** | ******1401 - Checking | |
| **Taxpayer ID#:** | **-***4918 | **Blanket Bond:** | $59,128,572.00 (per case limit) | |
| **Period Ending:** | 10/08/20 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/12/19 | Asset #2 | Hines Properties, LLC | Columbia Bank Business Checking | 1129-000 | 25,000.00 | | 25,000.00 |
| 03/18/19 | Asset #2 | Hines Properties, LLC | Columbia Bank Business Checking deposit returned | 1129-000 | -25,000.00 | | 0.00 |
| 04/16/19 | Asset #2 | Columbia Bank | Columbia Bank funds | 1129-000 | 39,689.67 | | 39,689.67 |
| 05/03/19 | 1001 | Charter Communications | Utility Services; Stopped on 06/26/2019 | 2420-000 | | 1,236.22 | 38,453.45 |
| 05/23/19 | | Ticor Title | Real Property | | 266,398.55 | | 304,852.00 |
| 05/23/19 | Asset #11 | Ticor Title | Sale Price for Real Property  850,000.00 | 1110-000 | | | 304,852.00 |
| 05/23/19 | | TICOR TITLE | 1/2 of Owners Policy  937.50 | 2500-000 | | | 304,852.00 |
| 05/23/19 | | TICOR TITLE | Prorated county tax  765.71 | 2820-000 | | | 304,852.00 |
| 05/23/19 | | TICOR TITLE | Realtor Fees - Realpronw.com  -28,050.00 | 3510-000 | | | 304,852.00 |
| 05/23/19 | | TICOR TITLE | Realtor Fees - Portland Home Realty, Inc.  -22,950.00 | 3510-000 | | | 304,852.00 |
| 05/23/19 | | TICOR TITLE | Closing Costs  -3,107.50 | 2500-000 | | | 304,852.00 |
| 05/23/19 | | TICOR TITLE | Payoff of lien to City of Manzanita  -212.50 | 4120-000 | | | 304,852.00 |
| 05/23/19 | | TICOR TITLE | Payoff of lien to Nehalem Bay Wastewater Agency  -736.29 | 4120-000 | | | 304,852.00 |

# Form 2
# Cash Receipts and Disbursements Record

Exhibit 9

Page: 2

| Case Number: | 19-30536 PCM | | Trustee: | RODOLFO CAMACHO |
|---|---|---|---|---|
| Case Name: | Hines Properties LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******1401 - Checking |
| Taxpayer ID#: | **-***4918 | | Blanket Bond: | $59,128,572.00 (per case limit) |
| Period Ending: | 10/08/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/23/19 | | TICOR TITLE | Payoff of lien Manzanita Lumber Co. | -71.20 | 4120-000 | | | 304,852.00 |
| 05/23/19 | | TICOR TITLE | Payoff of lien to Recology Western Oregon | -356.81 | 4120-000 | | | 304,852.00 |
| 05/23/19 | | TICOR TITLE | Payoff of lien to Tillamook People's Utility District | -1,475.41 | 4120-000 | | | 304,852.00 |
| 05/23/19 | | COLUMBIA STATE BANK | Payoff of Mortgage - Garvey Schubert Barer, PC | -528,344.95 | 4110-000 | | | 304,852.00 |
| 06/26/19 | 1001 | Charter Communications | Utility Services;   Stopped: Check issued on 05/03/2019 | | 2420-000 | | -1,236.22 | 306,088.22 |
| 06/28/19 | 1002 | Kristian Beyer | Reimbursement for payment to Charter Communications utility services; | | 2420-000 | | 1,236.22 | 304,852.00 |
| 07/16/19 | 1003 | Brian Jones | Preserve/secure property while awaiting sale | | 2420-000 | | 3,000.00 | 301,852.00 |
| 09/23/19 | | COLUMBIA STATE BANK | Refund of overpaid payoff funds | | 4110-000 | | -4,162.90 | 306,014.90 |
| 09/23/19 | Asset #2 | Columbia Bank | Columbia Bank | | 1129-000 | 69.98 | | 306,084.88 |
| 09/27/19 | 1004 | Oregon Dept of Revenue | 2018 State Tax per return | | 2820-000 | | 150.00 | 305,934.88 |
| 02/11/20 | 1005 | Oregon Dept. of Revenue | 2019 P'ship Return | | 2820-000 | | 150.00 | 305,784.88 |
| 02/14/20 | 1006 | Department of the Treasury - IRS | 941-X  1st Quarter 2019 | | 2690-000 | | 1,307.00 | 304,477.88 |
| 02/14/20 | 1007 | Oregon Dept. of Revenue | OR-OTC, Oregon Combined Payroll Tax 2019 | | 2690-000 | | 376.00 | 304,101.88 |

# Form 2
# Cash Receipts and Disbursements Record

Exhibit 9
Page: 3

| | |
|---|---|
| **Case Number:** | 19-30536 PCM |
| **Case Name:** | Hines Properties LLC |
| **Taxpayer ID#:** | **-***4918 |
| **Period Ending:** | 10/08/20 |

| | |
|---|---|
| **Trustee:** | RODOLFO CAMACHO |
| **Bank Name:** | Signature Bank |
| **Account:** | ******1401 - Checking |
| **Blanket Bond:** | $59,128,572.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/14/20 | 1008 | Oregon Dept of Revenue | Form OR-STT-V, Oregon Statewide Transit Tax | 2820-000 | | 10.00 | 304,091.88 |
| 02/14/20 | 1009 | US TREASURY C/O IRS | 940 for 2019 | 2690-000 | | 42.00 | 304,049.88 |
| 06/04/20 | 1010 | Diane K. Gibson, CPA | Dividend of 100.000000000%, Claim No. 7-1 | 3310-000 | | 4,596.00 | 299,453.88 |
| 06/04/20 | 1011 | RODOLFO CAMACHO | Dividend of 100.000000000% | 2100-000 | | 47,737.98 | 251,715.90 |
| 06/04/20 | 1012 | RODOLFO CAMACHO | Dividend of 100.000000000% | 2200-000 | | 1,014.35 | 250,701.55 |
| 06/04/20 | 1013 | Department of the Treasury - Internal Revenue Service | Dividend of 100.000000000%, Claim No. 3-1 | 5800-000 | | 2,713.78 | 247,987.77 |
| 06/04/20 | 1014 | OREGON DEPARTMENT OF REVENUE | Dividend of 100.000000000%, Claim No. 1-2 | 5800-000 | | 242.33 | 247,745.44 |
| 06/04/20 | 1015 | Brian Hines | Dividend of 93.407777906%, Claim No. 5-1 | 7100-000 | | 73,139.22 | 174,606.22 |
| 06/04/20 | 1016 | Department of the Treasury - Internal Revenue Service | Dividend of 93.407777906%, Claim No. 3-1 | 7100-000 | | 93.41 | 174,512.81 |
| 06/04/20 | 1017 | Estate of Billie R. Hines | Dividend of 93.407777906%, Claim No. 6-1 | 7100-000 | | 160,482.97 | 14,029.84 |
| 06/04/20 | 1018 | US Bank N.A., | Dividend of 93.407777906%, Claim No. 4-1 | 7100-000 | | 14,029.84 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 306,158.20 | 306,158.20 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 306,158.20 | 306,158.20 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$306,158.20** | **$306,158.20** | |

Case 19-30536-pcm7    Doc 60    Filed 10/09/20

Exhibit 9

Page: 4

# Form 2
# Cash Receipts and Disbursements Record

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **Checking # ******1401** | **306,158.20** | **306,158.20** | **0.00** |
| | **$306,158.20** | **$306,158.20** | **$0.00** |